IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MENCHO DUMAS**                                                                                    **PETITIONER**
*REG #30198-076*

V.                         CASE NO. 2:23-cv-00088-BSM-JTK

**C. EDGE,**[1]
*Acting Warden FCI – Forrest City, Arkansas*                                          **RESPONDENT**

## ORDER

Petitioner has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1) He has not filed a motion to proceed *in forma pauperis* or paid the $5.00 statutory filing fee. If he wishes to pursue this case, Petitioner must file a request to proceed *in forma pauperis*, along with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2) or pay the $5.00 filing fee within 30 days of this order. Failure to comply with this order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is hereby directed to immediately forward to Petitioner an *in forma pauperis* application.

SO ORDERED this 24th day of May, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Mr. Dumas is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "C. Edge, Acting Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority.").
Accordingly, the Clerk of the Court is directed to change Respondent to "C. Edge, Acting Warden FCI – Forrest City, Arkansas."