IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MENCHO DUMAS**  **PETITIONER**
**REG #30198-076**

v.  CASE NO. 2:23-CV-00088-BSM

**C EDGE**  **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 10] is adopted. C. Edge's motion to dismiss [Doc. No. 8] is granted, Mencho Dumas's petition [Doc. No. 1] is dismissed with prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 4th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE