IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MENCHO DUMAS**                                                                    **PETITIONER**
**REG #30198-076**

v.                              CASE NO. 2:23-CV-00088-BSM

**C EDGE**                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE